UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOSES MONTALBO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. FRAUENHEIM, Warden,<br><br>　　　　Respondent. | Case No. 15-cv-05372-HSG (PR)<br><br>**JUDGMENT** |

The instant petition for writ of habeas corpus has been denied on the merits. Judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:　6/21/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge